# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| DEMETRIE LOWERY, | : |
| Petitioner | : |
| | :    1:05-CV-179 (WLS) |
| vs. | : |
| STATE OF GEORGIA, | : |
| Respondent | :    **PROCEEDINGS UNDER 28 U.S.C. § 2254** |
| |     **BEFORE THE U.S. MAGISTRATE JUDGE** |

## O R D E R

Petitioner **DEMETRIE LOWERY**, an inmate at Wilcox State Prison in Abbeville, Georgia, filed the above-captioned petition for writ of habeas corpus pursuant 28 U.S.C. § 2254. Petitioner has neither paid the required $5.00 filing fee nor sought leave to proceed *in forma pauperis*.

The court notes that petitioner has also failed to use the habeas corpus forms used by this court. Accordingly, the Clerk of court is hereby **DIRECTED** to transmit to petitioner two sets of the court's forms for 28 U.S.C. § 2254 petitions. Petitioner may use additional pages if necessary but he must complete the court's forms in their entirety.

The Clerk of court is further **DIRECTED** to transmit to petitioner the court's form application to proceed *in forma pauperis*. Alternatively, petitioner may pay the $5.00 filing fee.

Petitioner shall have thirty (30) days from the date of his receipt of this order to complete the § 2254 forms and return them to the court and either file for leave to proceed *in forma pauperis* or pay the filing fee.

Failure to timely comply with this order shall result in the dismissal of the petition. There

1

shall be no service of process in this case until further order of the court.

**SO ORDERED**, this 11th  day of January, 2006.


/s/ Richard L. Hodge
RICHARD L. HODGE
UNITED STATES MAGISTRATE JUDGE


mh