**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION**

| | |
|---|---|
| DEMETRIE LOWERY,                :                                                     | |
|      Plaintiff,                 :  | |
| v.                              :  | 1:05-CV-179 (WLS) |
| DONALD BARROW, Warden,          :  | |
|      Defendant.                 :  | |

## O R D E R

Before the Court is a Report and Recommendation from United States Magistrate Judge Richard L. Hodge (Doc. No. 6), filed August 3, 2006. It is recommended that Plaintiff's motion to stay the case pending the exhaustion of his state remedies (Doc. No. 5) be denied. Plaintiff has not filed an objection to the recommendation.

Upon full consideration of the record, the Court finds that said Recommendation should be and hereby is, **ACCEPTED**, **ADOPTED** and made the order of this Court for reason of the findings and reasons set out therein. Accordingly, Plaintiff's motion to stay the case pending the exhaustion of state remedies (Doc. No. 5) is **DENIED.**

SO ORDERED, this  8th  day of September, 2006.

　　　　　　　　　　　　　　　　　　　　　　　　/s/W. Louis Sands
　　　　　　　　　　　　　　　　　　　　　　　　**W. Louis Sands, Chief Judge
　　　　　　　　　　　　　　　　　　　　　　　　United States District Court**